UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAN-DUNG TRAN,<br><br>    Defendant. | CASE NO. CR02-5952-RBL<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 27, 2005. The United States was represented by Tate London, and defendant was represented by Nancy Tenney. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about January 30, 2004 on a charge of bank embezzlement. The Hon. Jack E. Tanner of this court sentenced defendant to one day in custody, followed by five years of supervised release.

PROPOSED FINDINGS - 1

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In an application dated December 14, 2004, USPO Brian Rogers alleged that defendant violated the conditions of supervised release in four respects:

(1) Failing to report to the probation officer, as directed, on November 29, 2004;

(2) Failing to report to the probation officer, as directed, on December 7, 2004;

(3) Failing to submit written monthly report to the probation officer for the months of August, September, October and November of 2004; and

(4) Failing to submit restitution payments for the months of July, August, September, October and November of 2004.

I advised defendant as to her constitutional rights, the nature of these charges, her right to an evidentiary hearing, and the maximum penalties if the court found she had violated conditions as alleged. Defendant then admitted each of the four alleged violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Leighton, to whom the case has been assigned.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of her supervised release in the four respects alleged above, and conduct a disposition hearing. That hearing has been set for January 5, 2006 at 10:00 a.m. in Tacoma.

## DETENTION PENDING DISPOSITION

Defendant has been detained pending a final determination by the court. The order detaining defendant was based upon the fact that she has avoided all contact with the probation office for a year and a half, despite their efforts to contact her; and she was en route to Canada for a party when arrested. To secure release while revocation proceedings are pending, a defendant bears the burden to

PROPOSED FINDINGS - 2

establish by clear and convincing evidence that she will make all appearances as required. In light of her complete failure to submit to supervision by the Probation Office, including failures to comply with their directions to appear, defendant has not met her burden for release pending disposition.

DATED this 27th day of December, 2005.

s/ John L. Weinberg
United States Magistrate Judge

cc:	Sentencing Judge		:	Hon. Ronald B. Leighton
	Assistant U.S. Attorney	:	Tate London
	Defense Attorney		:	Nancy Tenney
	U. S. Probation Officer	:	Brian Rogers

PROPOSED FINDINGS - 3